JOHN J. CLAASEN, Respondent, v. EDELBRAU BREWERY, INC., Appellant.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CONGREGATION ANSHE SEFARD OF KEAP STREET, INC., Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.—

We have considered the complaint as alleging a cause of action based on a breach of an agreement. We find that the evidence fails to establish a *prima facie* case that an agreement was made. The dismissal is, therefore, correct on all grounds. Hagarty, Carswell and Adel, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to reverse the judgment and order and to grant a new trial, with the following memorandum: The warrant of the Municipal Court awarded possession of the real property to the defendant. It did not and could not authorize defendant to seize plaintiff's personal property; nor did it authorize defendant to retain possession thereof after plaintiff demanded its return. Whether the complaint be viewed as stating a cause of action in conversion or for breach of agreement, plaintiff made out a *prima facie* case sufficient to put defendant to its proof. In the interests of justice a full trial of the issues should be had.

REGINA COOPER et al., Respondents, v. WAYLIN HOLDING CORP., Appellant.—

No opinion. Hagarty, Johnston, Taylor and Close, JJ., concur; Adel, J., dissents and votes to reverse the judgment and order and to grant a new trial on the ground that the judgment is grossly excessive in amount.